**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Maynor ESCALANTE MARTINEZ,**
**Defendant–Appellant.**

No. 14–11818
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 7, 2015.

David Lazarus, Douglas Molloy, U.S. Attorney's Office, Fort Myers, FL, for Plaintiff–Appellee.

Ludwig J. Abruzzo, Ludwig J. Abruzzo, PA, Naples, FL, for Defendant–Appellant.

Before MARCUS, WILLIAM PRYOR, and MARTIN, Circuit Judges.

PER CURIAM:

John Fernandez, appointed counsel for Maynor Escalante–Martinez, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Escalante–Martinez's conviction and sentence are **AFFIRMED.**